DISMISS; Opinion issued November 14, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00605-CV

## DAVID L. WILLIAMS AND ALL OTHER OCCUPANTS OF 242 LOS CABOS DRIVE, DALLAS, TEXAS 75232, Appellants

### V.

## WELLS FARGO BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-12-01826-E**

## MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers

On September 5, 2012, appellee filed a motion to dismiss this appeal for failure to prosecute. On September 19, 2012, this Court sent appellant a letter instructing him to either designate a new attorney or submit an appellant's brief and motion for extension of time to file that brief within twenty days. Since that time, appellant has not designated an attorney, has not filed a brief, and has not otherwise communicated with this Court regarding his appeal. Accordingly, we **GRANT** appellee's motion and **DISMISS** the appeal.

PER CURIAM

120605F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DAVID L. WILLIAMS AND ALL OTHER
OCCUPANTS OF 242 LOS CABOS
DRIVE, DALLAS, TEXAS 75232,
Appellants

No. 05-12-00605-CV          V.

WELLS FARGO BANK, N.A., Appellee

Appeal from the County Court at Law No. 5
of Dallas County, Texas. (Tr.Ct.No. CC-12-
01826-E).
Opinion delivered per curiam before Justices
O'Neill, FitzGerald, and Lang-Miers.

Based on the Court's opinion of this date, this appeal is **DISMISSED**. Appellee is ordered to recover its costs of the appeal from appellants.


Judgment entered ___November 14, 2012___.


KERRY P. FITZGERALD
JUSTICE